# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SYNGENTA AG MIR162 CORN
LITIGATION                                                    MDL No. 2591

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −19)

On December 11, 2014, the Panel transferred 8 civil action(s) to the United States District Court for
the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §
1407. *See* _F.Supp.2d_ (J.P.M.L. 2014). Since that time, 537 additional action(s) have been
transferred to the District of Kansas. With the consent of that court, all such actions have been
assigned to the Honorable John W Lungstrum.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the District of Kansas and assigned to Judge
Lungstrum.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
District of Kansas for the reasons stated in the order of December 11, 2014, and, with the consent of
that court, assigned to the Honorable John W Lungstrum.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 7
days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel
within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Mar 31, 2015**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ECF
DOCUMENT
I hereby attest and certify that this is a
printed copy of a document which was
electronically filed with the United States
District Court for the District of Kansas
Date filed: 4-1-15
Clerk, U.S. District Court
By: MKMart                    Deputy Clerk

Case: 3:15-cv-00098-jdp   Document #: 3   Filed: 04/06/15   Page 2 of 2
Case 2:14-md-02591-JWL-JPO   Document 328   Filed 04/01/15   Page 2 of 2

Case MDL No. 2591   Document 380   Filed 03/31/15   Page 2 of 2

**IN RE: SYNGENTA AG MIR162 CORN
LITIGATION**                                              MDL No. 2591

**SCHEDULE CTO−19 − TAG−ALONG ACTIONS**

| <u>DIST</u> | <u>DIV.</u> | <u>C.A.NO.</u> | <u>CASE CAPTION</u> |
|---|---|---|---|

**KENTUCKY WESTERN**

| | | | |
|---|---|---|---|
| KYW | 5 | 15−00053 | Farms v. Syngenta Corporation et al |
| KYW | 5 | 15−00055 | Hughes Farms, Inc. v. Syngenta Corporation et al |
| KYW | 5 | 15−00056 | Moss Farms v. Syngenta Corporation et al |

**WISCONSIN WESTERN**

| | | | |
|---|---|---|---|
| WIW | 3 | 15−00098 | D&D Olson Farms, Inc. et al v. Syngenta Corporation et al |